Form ocvp (Revised 05/2017)

**United States Bankruptcy Court – District of Kansas**
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 20−10196          Chapter: 11

In re:

Robert F Robben

4402 S 161st St West
Wichita, KS 67227

| Date Case was Filed 2/19/20 | ORDER TO CORRECT VOLUNTARY PETITION IN BANKRUPTCY | Filed and Entered By The Court 2/20/20 David D. Zimmerman Clerk of Court US Bankruptcy Court |
|---|---|---|

Debtor(s)' voluntary petition is missing the following document(s):

Attorney Disclosure Statement
Chapter 11 Income Form 122B
DeBN Request Form
Declaration re Debtor Schedules
Employee Income Record
Schedule A/B
Schedule C
Schedule D
Schedule E/F
Schedule G
Schedule H
Schedule I
Schedule J
Statement of Financial Affairs
Summary of Assets/Liabilities

The missing document(s) must be filed within fourteen (14) days of the date the case was filed. Document(s) must be submitted using the latest version of the appropriate forms, available at: www.uscourts.gov.

IT IS ORDERED THAT FAILURE TO TIMELY FILE THE MISSING DOCUMENT(S) MAY RESULT IN DISMISSAL.

Document 7

s/   Robert E. Nugent
Judge, United States Bankruptcy Court