# United States Bankruptcy Court
## District of Kansas

In re **Robert F Robben**  
Debtor(s)

Case No. **20-10196**  
Chapter **11**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):  **Bank of America NA**
   **PO Box 15220, Wilmington, DE 19886-5220**

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed: **$7,789.93**
   Nature of claim: _____
   Date incurred: _____

3. This claim has been scheduled as (Check one box):
   ☐ secured;   ☐ priority;   ☑ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

J. Michael Morris 09292  
1600 Epic Center  
301 N. Main St.  
Wichita, KS 67202

Attorney for Debtor(s) (type name and address)

Certificate of Service: I, **J. Michael Morris 09292**, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on March 31, 2020.

/s/ J. Michael Morris  
J. Michael Morris 09292  
Signature

# United States Bankruptcy Court
## District of Kansas

In re **Robert F Robben**     Case No. **20-10196**
Debtor(s)     Chapter **11**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **David Eron**
   **301 North Main, Suite 2000, Wichita, KS 67202**

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed:    **Counsel for secured creditor.**
   Nature of claim: _____
   Date incurred: _____

3. This claim has been scheduled as (Check one box):
   [✓] secured;     [ ] priority;     [ ] general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

[ ]   This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

[ ]   This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

[ ]   This claim was added to the schedules after the deadline for filing claims stated above.

[ ]   This is a Chapter 13 case. You have until the bar date to file your proof of claim.

[ ]   A plan in this case was confirmed on [Date _____].

[ ]   No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**J. Michael Morris 09292**     1600 Epic Center
301 N. Main St.
Wichita, KS 67202

Attorney for Debtor(s) (type name and address)

Certificate of Service: I, __**J. Michael Morris 09292**__, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on **March 31, 2020**.

/s/ J. Michael Morris
J. Michael Morris 09292
Signature

# United States Bankruptcy Court
## District of Kansas

In re **Robert F Robben**                        Case No. **20-10196**
                       Debtor(s)              Chapter **11**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):   **Kelsey N. Frobisher**
                                    **Foulston Siefkin LLP, 1551 North Waterfront Parkway, Suite 100, Wichita, KS 67206**

2. Claim (amount owed, nature of claim, date incurred):
        Amount owed:   **Counsel for secured creditor.**
        Nature of claim:
        Date incurred:

3. This claim has been scheduled as (Check one box):
  ☑ secured;                  ☐ priority;                ☐ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐   This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐   This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐   This claim was added to the schedules after the deadline for filing claims stated above.

☐   This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐   A plan in this case was confirmed on [Date _____].

☐   No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**J. Michael Morris 09292**     **1600 Epic Center**
                                   **301 N. Main St.**
                                   **Wichita, KS 67202**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, **J. Michael Morris 09292**, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on March 31, 2020.

                                                                              /s/ J. Michael Morris
                                                                              **J. Michael Morris 09292**
                                                                              **Signature**

# United States Bankruptcy Court
## District of Kansas

In re **Robert F Robben**     Case No. **20-10196**
Debtor(s)     Chapter **11**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): **MKC**
   **PO Box D, Moundridge, KS**

2. Claim (amount owed, nature of claim, date incurred):
   - Amount owed: **$78,251.41**
   - Nature of claim: _____
   - Date incurred: _____

3. This claim has been scheduled as (Check one box):
   - ☐ secured;
   - ☐ priority;
   - ☑ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

J. Michael Morris 09292    **1600 Epic Center**
**301 N. Main St.**
**Wichita, KS 67202**

Attorney for Debtor(s) (type name and address)

Certificate of Service: I, **J. Michael Morris 09292**, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on March 31, 2020.

/s/ J. Michael Morris
J. Michael Morris 09292
Signature

# United States Bankruptcy Court
## District of Kansas

In re **Robert F Robben**      Case No. **20-10196**
                   Debtor(s)      Chapter **11**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Randall Robben**
   **519 E. Jayhawk Dr., Cheney, KS 67025**

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed:    **Co-debtor**
   Nature of claim: _____
   Date incurred: _____

3. This claim has been scheduled as (Check one box):
   ☐ secured;     ☐ priority;     ☑ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐ A plan in this case was confirmed on [Date _____].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

J. Michael Morris 09292     **1600 Epic Center**
                               **301 N. Main St.**
                               **Wichita, KS 67202**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, **J. Michael Morris 09292**, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on March 31, 2020.

                                         **/s/ J. Michael Morris**
                                         **J. Michael Morris 09292**
                                         **Signature**

# United States Bankruptcy Court
## District of Kansas

In re  **Robert F Robben**                                              Case No.  **20-10196**
                                                 Debtor(s)                Chapter  **11**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **S. Eric Steinle**
                                                   **Martindell Swearer, 20 Compound Dr., Hutchinson, KS 67502**

2. Claim (amount owed, nature of claim, date incurred):
        Amount owed:    **Counsel for unsecured creditor.**
        Nature of claim:
        Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;            ☐ priority;           ☑ general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date _____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**J. Michael Morris 09292**      **1600 Epic Center**
                                      **301 N. Main St.**
                                      **Wichita, KS 67202**
Attorney for Debtor(s) (type name and address)

Certificate of Service: I,  **J. Michael Morris 09292**  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on March 31, 2020.

                                                                                    **/s/ J. Michael Morris**
                                                                                     **J. Michael Morris 09292**
                                                                                     **Signature**

# United States Bankruptcy Court
## District of Kansas

In re **Robert F Robben**        Case No. **20-10196**
            Debtor(s)        Chapter **11**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):    **Sherry Robben**
                                          **4402 S. 151st West, Wichita, KS 67227**

2. Claim (amount owed, nature of claim, date incurred):
        Amount owed:    **Co-debtor**
        Nature of claim:
        Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;          ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed: ____

5. Original deadline for filing proofs of claim: ____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: ____

or

☐    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☐    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☐    A plan in this case was confirmed on [Date ____].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date ____] at [Location ____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date ____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

J. Michael Morris 09292      1600 Epic Center
                                 301 N. Main St.
                                 Wichita, KS 67202
Attorney for Debtor(s) (type name and address)

Certificate of Service: I, __**J. Michael Morris 09292**__, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on March 31, 2020.

                                                           /s/ J. Michael Morris
                                                           J. Michael Morris 09292
                                                           Signature