Fill in this information to identify your case and this filing:

Debtor 1 **Robert F Robben**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number    20-10196

☑ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1
   **SW/4 S36-T27S-R4W of 6th PM Sedgwick County**
   Street address, if available, or other description

   KS
   City    State    ZIP Code

   County

   **What is the property?** Check all that apply
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☑ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? **$298,000.00**
   Current value of the portion you own? **$149,000.00**

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   **Equitable interest**

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number:

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................=>**    **$149,000.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

Debtor 1  Robert F Robben          Case number (if known) 20-10196

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

### 3.1
- Make: GMC
- Model: Grain
- Year: 1964
- Approximate mileage:
- Other information: VIN F5665E

Who has an interest in the property? Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?  **$1,000.00**
Current value of the portion you own?  **$1,000.00**

### 3.2
- Make: Chev
- Model: Grain
- Year: 1969
- Approximate mileage:
- Other information: VIN CE639J809836

Who has an interest in the property? Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Current value of the entire property?  **$4,000.00**
Current value of the portion you own?  **$4,000.00**

### 3.3
- Make: Chev
- Model: Grain
- Year: 1973
- Approximate mileage:
- Other information: VIN CCD613V152319

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Current value of the entire property?  **$4,000.00**
Current value of the portion you own?  **$2,000.00**

### 3.4
- Make: Ford
- Model: Pickup
- Year: 1993
- Approximate mileage:
- Other information: VIN 1FDKF38M5PNA81586

Who has an interest in the property? Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Current value of the entire property?  **$1,500.00**
Current value of the portion you own?  **$1,500.00**

### 3.5
- Make: Chev
- Model: K20
- Year: 1985
- Approximate mileage:
- Other information: VIN 1GCGK24MXFF314598

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Current value of the entire property?  **$500.00**
Current value of the portion you own?  **$250.00**

| 3.6 | Make: **Ford** <br> Model: **Farm** <br> Year: **1969** <br> Approximate mileage: <br> Other information: <br> **VIN Z001UE71957** | **Who has an interest in the property?** Check one <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ■ At least one of the debtors and another <br> ☐ Check if this is community property <br> (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br><br> **Current value of the entire property?** **$500.00**    **Current value of the portion you own?** **$250.00** |
|---|---|---|---|
| 3.7 | Make: **Ford** <br> Model: **Edge** <br> Year: **2017** <br> Approximate mileage: <br> Other information: <br> **VIN 2FMPK4J88HBC55201** | **Who has an interest in the property?** Check one <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ■ At least one of the debtors and another <br> ☐ Check if this is community property <br> (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br><br> **Current value of the entire property?** **$15,000.00**    **Current value of the portion you own?** **$7,500.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>**   **$16,500.00**

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ■ No
   ☐ Yes. Describe.....

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ■ No
    ☐ Yes. Describe.....

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..............................................................................    **$0.00**

| Part 4: | Describe Your Financial Assets |
|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes...............................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ■ No
    ☐ Yes........................                                       Institution name:

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................                    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
                               Name of entity:                                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                                  Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                         Type of account:           Institution name:

| Debtor 1 | Robert F Robben | Case number *(if known)* | 20-10196 |
|---|---|---|---|

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name: Beneficiary: Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

| Debtor 1 | **Robert F Robben** | Case number *(if known)* | **20-10196** |

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................................................** $0.00

---

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

---

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☐ No. Go to Part 7.
    ■ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ☐ No
    ■ Yes................

| | |
|---|---|
| 47.1 130 head mostly black feeder heifers | $58,500.00 |
| 47.2 96 head of mixed stockers | $42,000.00 |
| 47.3 156 head of mixed bred stock cows | $78,000.00 |
| 47.4 129 head of cows with calves | $116,100.00 |
| 47.5 32 cow/calf pairs | $24,000.00 |
| 47.6 30 cow/calf pairs | $30,750.00 |
| 47.7 8 registered Angus 3 year old bulls | $10,000.00 |
| 47.8 4 mature Angus herd bulls | $4,000.00 |

48. **Crops—either growing or harvested**
    ☐ No
    ■ Yes. Give specific information.....

    | | |
    |---|---:|
    | **48.1 920 acres growing wheat - $92,000.00**<br>**48.2 53k bushels stored wheat - $212,000.00** | $152,000.00 |

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☐ No
    ■ Yes................

    | | |
    |---|---:|
    | **49.1 Grain Drill** | $10,000.00 |
    | **49.2 Grain Cart** | $10,000.00 |
    | **49.3 Grain Drill** | $7,500.00 |
    | **49.4 Grain Drill** | $2,500.00 |
    | **49.5 Grinder/Mixer** | $5,000.00 |
    | **49.6 Baler/Cuber** | $750.00 |
    | **49.7 Baler/Cuber** | $750.00 |
    | **49.8 Combine 1994 John Deere 9600** | $1,500.00 |
    | **49.9 Tractor 2001 John Deere 9200** | $17,750.00 |
    | **49.10 Tractor 1981 Steiger** | $7,500.00 |
    | **49.11 Tractor 1984 John Deere 8400** | $2,500.00 |
    | **49.12 Tractor 1997 John Deere 9400** | $2,500.00 |
    | **49.13 Tractor 1989 Case IH  7120** | $2,500.00 |
    | **49.14 Tractor 1993 Versatile 876** | $15,000.00 |
    | **49.15 Tractor 1979 John Deere 8640** | $2,500.00 |
    | **49.16 Tractor 1976 Joh Deere 4430** | $5,000.00 |

| Debtor 1 | Robert F Robben | Case number (if known) | 20-10196 |

| | | |
|---|---|---|
| | **49.17 Combine Head 1994 John Deere** | $2,500.00 |
| | **49.18 Tractor 1976 John Deere 4630** | $6,000.00 |
| | **49.19 Tractor 1975 John Deere 4630** | $6,000.00 |
| | **49.20 Tractor 1976 John Deere 4430** | $5,000.00 |
| | **49.21 Tractor 1965 John Deere 4020** | $2,500.00 |
| | **49.22 Combine Head 1994 John Deere** | $2,500.00 |
| | **49.23 Combine 1997 John Deere 9600** | $15,000.00 |
| | **49.24 Combine Head 1999 John Deere** | $2,500.00 |
| | **49.25 Combine 1999 John Deere 9610** | $17,500.00 |
| | **49.26 Tractor 1975 John Deere 4430** | $5,000.00 |
| | **49.27 1979 John Deere Tractor 4640** | $7,500.00 |
| | **49.28 1979 John Deere tractor 4440** | $7,500.00 |
| | **49.29 Feed bunks** | $2,500.00 |

50. **Farm and fishing supplies, chemicals, and feed**
    ☐ No
    ■ Yes................

| | | |
|---|---|---|
| | **Feed hay** | $8,500.00 |

51. **Any farm- and commercial fishing-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.....

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................................................................................. | **$699,100.00** |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

| | | | |
|---|---|---|---|
| Debtor 1 | Robert F Robben | Case number *(if known)* | 20-10196 |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................. $0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................ | | | $149,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $16,500.00 | | |
| 57. | **Part 3: Total personal and household items, line 15** | $0.00 | | |
| 58. | **Part 4: Total financial assets, line 36** | $0.00 | | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $699,100.00 | | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61... | $715,600.00 | Copy personal property total | $715,600.00 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | $864,600.00 |

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **F** | **Robben** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS | | |
| Case number (if known) | 20-10196 | | |

■ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:  List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|---|
| 2.1 | **Bank of Commerce & Trust**<br>Creditor's Name | **Describe the property that secures the claim:** | $1,483,145.42 | $1,391,000.00 | $0.00 |
| | | **Sch. A/B Property: 1.1, 1.2, 1.3, 1.4, 1.7, 1.9, 1.10, 1.16, 3.1, 3.6, 3.7, 3.8, 3.10, 47, 48, 49. Value listed is simple 1/2 of total value** | | | |
| | **PO Box 529**<br>**Wellington, KS 67152** | **As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | | | | |
| | **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>■ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  **Debtor has a 1/2 interest in most property** | | | |
| | **Date debt was incurred** _____ | **Last 4 digits of account number** _____ | | | |

| Debtor 1 | Robert F Robben | | Case number (if known) | 20-10196 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### 2.2 Emprise Bank

**Creditor's Name**

257 N. Broadway
Wichita, KS 67202

*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:** $1,370,372.82 | $355,600.00 | Unknown

Sch. A/B Property: except 1.3; R.E. $160,000 Addl R.E. $192,600. Debtor has 1/2 int. Value listed is 1/2 of total value, less prior mortgage- Combine Sch A/B 49.8 - $3000 Debtor has 1/2 int. Value listed, however, is full value.

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   R.E. $160,000 Debtor has 1/2 interest. Value listed is simple 1/2 of total value

**Date debt was incurred** _____   **Last 4 digits of account number** _____

### 2.3 Home Bank & Trust

**Creditor's Name**

217 N Main
Eureka, KS 67045

*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:** $239,838.18 | $251,000.00 | $0.00

SW/4 S16-T30-R3W Sumner County, Kansas / Sch A/B 1.14

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   Debtor has a 1/2 interest only. Value listed is 1/2 of total value.

**Date debt was incurred** _____   **Last 4 digits of account number** 5607

### 2.4 Raymond Youngers

**Creditor's Name**

507 N. Maize Rd
APT 24
Wichita, KS 67212

*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:** $190,000.00 | $110,000.00 | $0.00

N/2 SE/4 S18-T28S-R2W 6th PM Sedgwick County /73 acres/ Sch. A/B 1.6

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   Debtor has a 1/2 interest only. Value listed is 1/2 of total value.

**Date debt was incurred** _____   **Last 4 digits of account number** _____

| Debtor 1 | Robert F Robben | | Case number (if known) | 20-10196 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

| 2.5 | Vintage Bank | Describe the property that secures the claim: | $317,434.55 | $448,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

SW/4 S26-T29S-R3W, Sedgwick County, KS $377,000.00; SE/4 S11-T30-R3W, Sumner County, KS / Sch A/B 1.10 and 1.15

**218 W Spring Ave**
**Conway Springs, KS**
**67031**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Debtor has a 1/2 interest only. Value listed is 1/2 of total value.**

**Date debt was incurred** _____   **Last 4 digits of account number**   **9447**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $3,600,790.97 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $3,600,790.97 |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐  Name, Number, Street, City, State & Zip Code
**David Eron**
**301 North Main, Suite 200**
**Wichita, KS 67202**

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number ___

☐  Name, Number, Street, City, State & Zip Code
**Kelsey N. Frobisher**
**Foulston Siefkin LLP**
**1551 North Waterfront Parkway**
**Suite 100**
**Wichita, KS 67206**

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number ___

Official Form 106D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 3 of 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 20-10196   Doc# 81   Filed 08/19/20   Page 12 of 17

| | Fill in this information to identify your case: | | | |
|---|---|---|---|---|
| Debtor 1 | **Robert F Robben** | | | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS | | | |
| Case number (if known) | 20-10196 | | | |

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ■ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | **Total claim** |
|---|---|---|---|
| 4.1 | **Tallgrass Commodities** | Last 4 digits of account number _____ | $66,424.99 |
| | Nonpriority Creditor's Name | | |
| | **PO Box 110** | When was the debt incurred? | |
| | **Wamego, KS 66547** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ■ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | |
| | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify _____ | |

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Barr Credit Services, Inc.** | Line **4.1** of (Check one): |
| **5151 E Broadway Blvd. Ste 800** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Tucson, AZ 85711** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Debtor 1 | Robert F Robben | Case number (if known) | 20-10196 |
|---|---|---|---|

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|     |                                                                                      |     | Total Claim |
|-----|--------------------------------------------------------------------------------------|-----|-------------|
| 6a. | **Domestic support obligations**                                                     | 6a. | $ 0.00      |
| 6b. | **Taxes and certain other debts you owe the government**                             | 6b. | $ 0.00      |
| 6c. | **Claims for death or personal injury while you were intoxicated**                   | 6c. | $ 0.00      |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here.          | 6d. | $ 0.00      |
| 6e. | **Total Priority.** Add lines 6a through 6d.                                         | 6e. | $ 0.00      |

**Total claims from Part 2**

|     |                                                                                                                   |     | Total Claim |
|-----|-------------------------------------------------------------------------------------------------------------------|-----|-------------|
| 6f. | **Student loans**                                                                                                 | 6f. | $ 0.00      |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**       | 6g. | $ 0.00      |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts**                                             | 6h. | $ 0.00      |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here.                                    | 6i. | $ 66,424.99 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i.                                                                   | 6j. | $ 66,424.99 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Robert F Robben** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS | | |
| Case number (if known) | 20-10196 | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Robert F Robben**
**Robert F Robben**
Signature of Debtor 1

Date **August 17, 2020**

X _____
Signature of Debtor 2

Date _____

Official Form 106Dec   **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Bank of Commerce & Trust
PO Box 529
Wellington KS 67152


Barr Credit Services, Inc.
5151 E Broadway Blvd. Ste 800
Tucson AZ 85711


David Eron
301 North Main, Suite 200
Wichita KS 67202


Emprise Bank
257 N. Broadway
Wichita KS 67202


Home Bank & Trust
217 N Main
Eureka KS 67045


Kelsey N. Frobisher
Foulston Siefkin LLP
1551 North Waterfront Parkway
Suite 100
Wichita KS 67206


Raymond Youngers
507 N. Maize Rd
APT 24
Wichita KS 67212


Tallgrass Commodities
PO Box 110
Wamego KS 66547


Vintage Bank
218 W Spring Ave
Conway Springs KS 67031

# United States Bankruptcy Court
## District of Kansas

In re **Robert F Robben**                                                      Case No. **20-10196**
                                   Debtor(s)                                   Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **August 17, 2020**          **/s/ Robert F Robben**
                                   **Robert F Robben**
                                   Signature of Debtor