Robert F. Robben, Case No. 20-10196-DLS, Order Confirming Plan

Exhibit 1

   The <u>Treatment</u> for Class 1, Bank of Commerce, is modified to state:

   (a)  The total amount due under <u>Claim #4</u> (loan #92255) and <u>Claim #5</u> (loan #104685) will be determined as of the Effective Date.  This "total amount" will be paid at 5.5% interest from the Effective Date, in equal semi-annual payments amortized for 25 years from the Effective Date, with the first payment due six (6) months after the Effective Date.  The interest rate will be subject to adjustment every five (5) years after the Effective Date to the Wall Street Journal prime rate plus 2%.  Bank of Commerce will retain its mortgage in the various real estate and security interest(s) in equipment, cattle and crops to secure the "total amount" of Claims #4 and #5 as described herein.  The terms of the promissory note for loan #104685 and of the mortgages, to the extent not inconsistent with the Plan, will govern this part (a) obligation.

   To the extent deemed necessary or beneficial by the Debtor and Bank of Commerce, the Debtor may sell one or more tracts of real estate which are subject to the Bank's retained mortgages, within eighteen (18) months of the Effective Date.  Any such sale will be pursuant to §8.09 of the Plan, and any net proceeds will be applied to this part (a) obligation up to the maximum amount of the retained mortgage.

   (b)  The total amount due under <u>Claim #6</u> (loan #9674) <u>Claim #7</u> (loan #7457), <u>Claim #8</u> (loan #5972) and <u>Claim #9</u> (loan #5628) will be determined as of the Effective Date.  This "total amount" will be paid at 6.5% interest from the Effective Date, in equal semi-annual payments amortized for ten (10) years from the Effective Date with the first payment due six (6) months after the Effective Date.  The interest rate will be subject to adjustment five (5) years after the Effective Date to the Wall Street Journal prime rate plus 3.00%.  Bank of Commerce will retain its mortgages in the various real estate and security interest(s) in equipment, cattle, and crops to secure the "total amount" of claims #6, 7, 8, and 9 as described herein.  The terms of the promissory note for loan #...5628 and the mortgages and security agreements, to the extent not inconsistent with the Plan, will govern this part (b) obligation.

27L4150

It is further anticipated that the debtor will sell stored wheat on or before the Effective Date and distribute the proceeds under Court Order, with any payment to the Bank under such Order to be applied to this part (b) obligation. From and after the Effective Date, the debtor may sell crops and cattle in the ordinary course of business, and receive any contract payments related to the same (such as USDA), and use the proceeds without being required to deliver the same to the Bank, as long as the debtor is current on payments to the Bank as provided in the Plan, and the Bank does not reasonably deem itself insecure.

Bank of Commerce agrees that this Treatment and other Plan provisions will apply to its agreements with the co-obligor. Sherry A. Robben. Any second mortgage granted under this Plan to creditors other than Bank of Commerce, as to Bank of Commerce real property collateral, will not violate the terms of the Bank of Commerce retained mortgages.