Robert F. Robben, Case No. 20-10196-DLS, Order Confirming Plan

Exhibit 2

Paragraph 4.02, which addresses the Class 2 claim of Vintage Bank ("Vintage"), is modified to read as follows:

Impaired. Vintage has filed Claims 15-17 as follows: Claim #15 $159,590.23 (loan #507016 original amount $149,250.00, interest rate 6.95% to 3/4/24, then WSJ Prime + 1.45%, maturity 12/31/28); Claim #16 $141,377.24 (loan #40009331 original amount $192,000.00, interest rate 6.9%, maturity 1/13/31); Claim #17 $37,110.41 (loan #40009447 original amount $129,627.01, interest rate WSJ Prime + .5%, maturity 8/17/21). The claim amounts total $338,077.88.

Vintage is secured by mortgages on (a) SE/4 11-30-3W, Sumner County ($192,000.00 maximum, plus interest and fees), and (b) SW/4 26-29-3W, Sedgwick County, except 2 described tracts ($129,627.00 maximum, plus interest and fees). Vintage is fully secured.

Treatment for Class 2, Vintage Bank ("Vintage"), is modified to state:

The total amount due under the three (3) Vintage claims and notes will be determined as of the Effective Date ("Vintage Claim"). The Vintage claim shall be $350,240.81 in principal and interest through September 14, 2020, plus costs and fees allowable herein in the flat amount of $2,500.00 through the entry of the Confirmation Order, plus $60.2125 per day until the Effective Date. The Vintage Claim shall be paid at 4.75% interest from the Effective Date, in equal semi-annual payments amortized for 25 years from the Effective Date, with the first payment due six (6) months from the Effective Date. The interest rate will be subject to adjustment every three (3) year after the Effective Date to the Wall Street Journal prime rate plus 1.5%. The entire Vintage claim shall be paid in full not later than ten (10) years from the Effective Date.

Vintage will retain its mortgages subject to the terms of the Plan. The terms of the notes and mortgages attached to the Vintage claims will govern this obligation, again subject to the terms of the Plan. Any and all pre-confirmation defaults will be deemed cured by the Plan. Vintage agrees that this Treatment and other Plan provisions apply to the co-obligor Sherry A. Robben. Any second mortgage

27L4301

granted to other creditors under the Plan, as to the Vintage collateral, will be deemed not to violate the

terms of the Vintage retained mortgages.

In the United States Bankruptcy Court for the District of Kansas
*In re: Robert F Robben,* Case No. 20-10196