Robert F. Robben, Case No. 20-10196-DLS, Order Confirming Plan

<u>Exhibit 3</u>

The <u>Treatment</u> for Class 3, Home Bank and Trust Company ("HBT"), is modified to state:

The total amount due HBT will be determined as of the Effective Date (the "HBT claim"). The HBT claim shall be $251,312.44 in principal and interest through September 11, 2020, plus $43.22 per day until the Effective Date. The HBT claim will be paid with interest at 4.75% (WSJ Prime + 1.5%) from the Effective Date, in equal semi-annual payments amortized for twenty (20) years from the Effective Date, with the first payment due six (6) months after the Effective Date and subsequent payments due every six (6) months thereafter. The interest rate will be subject to adjustment every five (5) years after the Effective Date to the then WSJ Prime + 1.5%.

The terms of the promissory note for loan #40135607, to the extent not inconsistent with the Plan, will govern the continuing obligation. Any and all pre-confirmation defaults are deemed cured as of the Effective Date. HBT will retain its mortgage subject to the terms of the Plan. HBT agrees that this Treatment and other Plan provisions will apply to its agreements with the co-obligor, Sherry A. Robben. Any second mortgage granted to other creditors under the Plan, as to the HBT collateral, will be deemed not to violate the terms of the HBT retained mortgage.