Robert F. Robben, Case No. 20-10196-DLS, Order Confirming Plan

**Exhibit 4**

The Treatment for Class 4, Emprise Bank, is modified to state:

Emprise will have an allowed secured claim in the amount of $1,432,712.14.  This amount will be paid as follows:

(a)      $3,000 will be paid on the Effective Date.  This will pay in full the Emprise secured claim as to a John Deere 9610 combine with 30 foot header.  Emprise will release its security interest in the combine and terminate its UCC-1 as to the same upon payment of such $3,000.00.

(b)      The balance of the Emprise  allowed secured claim, $1,429,712.14 will be  paid with interest at 4.25% from the Effective Date, in equal semi-annual payments amortized for 25 years from the Effective Date, with the first payment due six (6) months  after the Effective Date. Each payment will be in the amount of $46,701.74.  Notwithstanding, the entire balance will be due five (5) years after the Effective Date.

The $1,429,912.14 net Emprise allowed secured claim will be secured by (a) a security interest in existing Emprise Mortgage(s) in approximately 80 acres of real estate owned by Randall Robben, with such mortgage(s) being assigned to Robert F. Robben hereunder, and (b) first mortgages in unencumbered real estate as described on Exhibit 4.A attached hereto, and (c) second mortgages in otherwise encumbered real estate as described in Exhibit 4.A attached hereto.  The total amount of the mortgages provided will be at least $1,787.140.18 (1,429,912.14 ∕ 8) as set out in Exhibit 4.A attached hereto.

The mortgages to be provided hereunder will be as to the full fee title of the applicable real estate (subject to amount), and will be executed by the record owner, including individual

27Q6346

settlors ad spouses, and trustees in the case of real estate owned by trusts. This Treatment is contingent upon the parties granting the mortgages provided for herein having marketable title to the mortgaged property, free and clear of liens and encumbrances, except as noted. As to the already encumbered real estate listed on Exhibit 4A, the debt amount secured by the first mortgage will not be increased beyond the amount(s) otherwise provided in the Plan. Robert F. Robben will pay the cost of title commitments and loan title policies on the mortgaged real estate.

Upon the filing of the financing statement and mortgages described herein, Emprise will set aside the Journal Entry of Judgment entered in Case No. 2019-CV-000466-CM, Sedgwick County District Court and dismiss such action with prejudice. Emprise will also assign any and all notes and security interests it holds as to Randall J. Robben, Robert F. Robben and related entities, to Robert F. Robben. Emprise will further assign to Robert F. Robben its existing mortgage(s) in the approximate 80 acres owned by Randall J. Robben. Such assignments will be in consideration for the obligations and security interests and mortgages provided herein. Emprise and Robert F. Robben will enter into a new loan agreement(s) reflecting the terms herein.

Emprise agrees that this Treatment and other Plan provisions will apply to any claim it might assert against Sherry A. Robben, the wife of Robert F. Robben, and/or the Robbens' Trusts (See Art. 8.11).