Robert F. Robben, Case No. 20-10196-DLS, Order Confirming Plan

**Exhibit 4.A**
**Unencumbered Real Estate**

Tract 1

Southwest Quarter (SW/4) of Section 28-29S-3W, Sedgwick County, KS, EXCEPT the South 206' of the East 255', containing 155.84 acres m/l

Tract 2

Northeast Quarter (NE/4) of Section 30-29S-3W, Sedgwick County, KS EXCEPT the following

> Beginning 1307' West of the Northeast corner of said quarter, thence South 467', thence West 457', thence North 467', thence East 467' to POB, containing 152.2 acres m/l

Tract 3

Southeast Quarter (SE/4) of Section 19-29S-5E, Butler County, KS, containing 156.9 acres, m/l

Tract 4

Approximately 33.6 acres in the Southwest Corner of the Southeast Quarter (SE/4) of Section 33-25S-6E, Butler County, KS, described as follows (per County tax records):

> Beginning 945' East of the Southwest corner of said quarter, thence North 595.2', thence Northeasterly 611.32' along right-of-way, thence East 1311.71' to East line of said quarter, thence South 980', thence West 1702.64' to POB, EXCEPT beginning 945' East of the Southwest corner of said quarter, thence North 400', thence East 352.64', thence South 400', thence West 352.64' to POB.

**Encumbered Real Estate**

Tract 5

Southwest Quarter (SW/4) of Section 26-29S-3W, Sedgwick County, KS, except two tracts owned by third parties, containing 132 acres m/l.

**Randall Tract**

North Half of the Southwest Quarter (N/2 SW/4) of Section 15-27S-4W, Sedgwick County, KS, containing 80 acres m/l. There are two (2) existing mortgages on this Tract in favor of Emprise, which total $198,000.00 and which will remain in place, but which are valued at $120,000.00 for purposes of determining the loan-to-value ratio provided for in Exhibit 4.

27T2243

*In re: Robbin*, Case No. 20-10196-11
Exhibit 4A
Page **2** of **2**

**Mortgage Amounts**

| | |
|---|---|
| Tract 1 | $522,500 |
| Tract 2 | $522,500 |
| Tract 3 | $300,000 |
| Tract 4 | $171,000 |
| Tract 5 | $151,145 |
| Randall Tract | $198,000 |
| | ($120,000) |